## MCARVER v. THE STATE.

FISH, J. The evidence authorized the verdict, the charge complained of was not erroneous for any of the reasons assigned, and there was no error in refusing to grant a new trial.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent, and Candler, J., not presiding.*

Argued October 21, — Decided November 12, 1902.

Indictment for burglary. Before Judge Henry. Floyd superior court. June 24, 1902.

*W. A. Barnett*, for plaintiff in error.
*Moses Wright, solicitor-general*, contra.